[No. 12620–6–II.   Division Two.   June 4, 1990.]

BRUNSWICK CORPORATION, *Respondent,* v. EDITH D. ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–06464–1, Robert H. Peterson, J., entered January 27, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.